In the Matter of the Application of CHARLES J. STEINBUGLER, JR., Appellant, for Admission to the Bar of the State of New York.

Argued November 10, 1947; decided November 20, 1947.

714

*David S. Edgar, Jr.*, for appellant.
No one opposed.

*Per Curiam.* We find nothing in this record bearing upon the candidate's character or fitness for admission to the Bar

which would justify his exclusion. His claim of exemption from military service upon conscientious and lawful grounds without proof of insincerity or disloyalty is not such evidence. The order should be reversed, without costs, and the matter remitted to the Appellate Division for further proceedings not inconsistent with the opinion herein.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Order reversed, etc.